THE STATE, TO THE USE OF WILLIAM W. HAYDEN, Respondent, v. IRWIN Z. SMITH, *et al.*, Appellants.

### Appeal from St. Louis Circuit Court.

*Knox, Smith & Kellogg*, for appellants.

*Decker & Voorhis*, for respondent.

BAY, Judge, delivered the opinion of the court.

Without passing upon the instruction given and refused, the judgment must be reversed for the reason given in the case between the same parties just decided by this court— error in the instruction given to the jury respecting the measure of damages.

Judgment reversed and cause remanded; the other judges concurring.

———❧———

THE STATE, TO USE OF WILLIAM W. HAYDEN, Respondent, v. JACOB W. NORCROSS, IRWIN Z. SMITH, AND WILLIAM D. SEDGWICK, Appellants.

### Appeal from St. Louis Circuit Court.

*Knox, Smith & Sedgwick*, for appellants.

*Decker & Voorhis*, for respondent.

BAY, Judge, delivered the opinion of the court.

Without passing upon any other question produced by the record in this cause, the judgment must be reversed for the reason assigned in case of The State, to the use of Hayden v. Smith et al., decided at the present term—misdirection of the jury in regard to the measure of damages.

Judgment reversed and cause remanded; the other judges concurring.